RECEIVED
in Clerk's Office

AUG 29 2019

U.S. District Court
Middle District of TN

UNITED STATES OF AMERICA
V.
JEREMY STACEY GODWIN

MOTION FOR JAIL Credits Earned
1st CASE NUMBER: 3:16-00189
USM Number: 25320-075
2nd CASE NUMBER: 3:17-00179
Jeremy STACEY GODWIN
Prose

Comes Now the defendant Jeremy Stacey Godwin by Prose on August 23rd 2019 moving that the Honorable Court of the Middle District of Tennessee Grant Jail Credit, for the above mentioned case from the Month of June 2017 until April 2018. While in **FEDERAL CUSTODY**, at Henderson Kentucky Detention Center as a Pretrial, **Federal Detainee**.

ARGUMENT: Basis For earned Jail credit:

① Defendant was arrested in Marion County INDIANA on September 9th 2016 for an unrelated charge. A federal Detainer was lodged September 11th 2016 For Unarmed Bank Robbery 18 U.S.C. 2113(a) Defendant filled a motion in January 2017 for fast and speedy trial with the 6th District Court. Under Defendant's 6th Amendment Right.
   The Defendant's Motion was Granted, and a pick up order was issued for Defendant in February 2017. After this order was Granted, the Government filled a motion to Withdrawl, which was also Granted upon doing so dismissed defendants fast and speedy

Trial motion, that could be considered a violation of Due Process under the defendants 6th amendmant right to a fast and speedy trial. These facts occured in Febuary 2017.

② After the facts mentioned in arguement #1 The Defendant had several correspondence's with the Prosecution via mail and one phone conversation while defendant was prose and in state custody in Indiana Department of Corrections. Defendant Godwin wanted to except responsibillity for his actions but was informed that he the Defendant would need to wait until the STATE sentence was over Defendant then filled an (I.A.D.) Interstate agreement for detainers.

③ Defendant, Godwin was picked up by The UNITED STATES Marshal's in June 2017 and placed in Henderson Kentuky Detention Center not as a STATE INMATE but a **FEDERAL DETAINEE** on pre trial status. **FEDERAL CUSTODY**. A concurrent sentence was imposed on Febuary 9th 2018 from that date Is where Defendant's time started, but was never awarded the previous **Eight** Months Defendant spent AS A **FEDERAL DETAINEE**, At Henderson County detention Center while defendant was ON **FEDERAL** Pre trial status. It is only right for the defendant to be awarded Jail credit for the time he served at Henderson county Detention center in Kentucky

## RELEIF SOUGHT

For Jail credits to be awarded to Defendant Jeremy Stacey Godwin from the date Defendant was Placed in Federal Custody June 2, 2017 until sentence imposition Date Febuary 9th 2018 Roughly Eight Months.

I Jeremy Stacey Godwin (Prose) Prepared this Motion and is factual information some exact dates I do Not Know. My mailing address is attached

Respectfully submitted

_Jeremy [signature]_
Prose

Defendants Mailing address

Jeremy Godwin
#25320-075 (K-102)
FCC Coleman USP-1
PO BOX 1033
Coleman FLorida
33521

4 of 4

JEREMY GODWIN
#25320-075 (K102)
FEDERAL Correctional Complex
COLEMAN USP-1
PO BOX 1033
COLEMAN FLORIDA
33521-1033





UNITED States 6Th DIStrict
CLERKS OFFICE
801 Broadway Room 800
Nashville TENNESSEE
37203

RECEIVED
in Clerk's Office
AUG 29 2019
U.S. District Court
Middle District of TN



